CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 08 2008

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONNIE A. VAUGHAN,<br>    Plaintiff, | )<br>) |
| | )    Civil Action No. 7:08cv00381 |
| v. | )<br>)    **FINAL ORDER** |
| | ) |
| C.O. WATTS,<br>    Defendant. | )<br>)<br>)    By: Hon. Jackson L. Kiser<br>)    Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), any pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.*

The Clerk of the Court is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 8th day of July, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge

---

* Federal law provides that a prisoner may not bring a civil action without complete prepayment of the appropriate filing fee if the prisoner has brought, on three or more occasions, an action or appeal in a federal court that was dismissed as frivolous, as malicious, or for failure to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. See 28 U.S.C. §1915(g). Plaintiff is again advised that this dismissal constitutes his third "strike" under 28 U.S.C. §1915(g). See Vaughan v. Powell, et al., Civil Action No. 1:03-cv-00898 (E.D. Va. January 24, 2005) (dismissed pursuant to 28 U.S.C. §1915A(b)(1)); Vaughan v. 12:00 am - 7:00 am, Civil Action No. 1:00-cv-00364 (E.D. Va. August 8, 2000) (dismissed pursuant to 28 U.S.C. §1915A(b)(1)).